## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

G and G Peppers, LLC
        Plaintiff,

v.                Case No.: 1:10–cv–01843
                 Honorable Amy J. St. Eve

Ebro Foods Inc
        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2010:

  MINUTE entry before Honorable Amy J. St. Eve: Response to appellant's brief to be filed by 4/30/10. Reply by 5/14/10. Status hearing set for 5/6/10 is stricken and reset to 7/15/10 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.