# Appendix of Unreported Cases

*Ronald Peterson v. Mohammad Akrabawi*, 166 B.R. 114, 1994 U.S. Dist. LEXIS 5373 (N.D. Ill. 1994)

*Nicoladze v. Lawler*, 86 B.R. 69, 1988 U.S. Dist. LEXIS 3987 (N.D. Tex. 1988).

*Suncoast Airlines v. Atkinson & Mullen Travel, Inc.*, 188 B.R. 56, 33 Fed. R. Serv. 3d (Callaghan) 892 (S.D. Fla 1994)

*Marcus Inc. v. Farrow*, 94 B.R. 513, 1989 U.S. Dist. LEXIS 137 (N.D. Ill. 1989)

*Gunartt v. Fifth Third Bank*, 2006 U.S. Dist. LEXIS 42115 (N.D. Ill. 2006)

*Odell v. Williamson*, 431 F. Supp. 1023, 1976 U.S. Dist. LEXIS 11598 (W.D. Okla. 1976)

*David L. Smith v. Colorado Department of Revenue et. al.*, 102 A.F.T.R.2d (RIA) 5890, 2008 Bankr. LEXIS 2303 (B.A.P. 10th Cir. 2008)

*Fruit Belt Canning Co., Inc. v. Heinemann's Inc.*, 2006 U.S. Dist. LEXIS 35902 (N.D. Ill. 2006)

*Strube Celery & Vegetable Co. v. Global Foods, LLC.*, 2007 WL 5395648, (S.D. Ind. 2007)