**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Civil No. 10-CV-1843
The Honorable Judge Ann St. Eve

**G & G PEPPERS, LLC**
    Appellant,

v.

**EBRO FOODS, INC.**
    Appellee.

On Appeal from the United States Bankruptcy Court
for the Northern District of Illinois
Eastern Division

In re: EBRO FOODS, INC.
Chapter 11 Case No. 09-10101
Adversary No. 09-A-500
The Honorable Judge Eugene Wedoff

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that on **May 5, 2010, at 8:30 a.m.** the undersigned will appear before the Honorable Judge Amy J. St. Eve, District Court Judge, in Courtroom 1214, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **APPELLEE'S MOTION TO STRIKE THE BRIEF AND DISMISS THE APPEAL FILED BY G&G PEPPERS, LLC**, a copy of which is enclosed herewith and served upon you.

                /s/ Michael V. Ohlman_____
                One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the foregoing document and attachments, on all parties entitled to service at the address listed below, by electronic filing through ECF, and US Mail, as set forth on the attached service list, at or before 5:00 p.m. on April 29, 2010

/s/ Michael V. Ohlman

**SERVICE LIST**

VIA ECF and US MAIL
Craig A. Stokes
STOKES LAW OFFICE, LLP
330 Oakwell Court, Suite 225
San Antonio, TX  78218
Facsimile (210)822-2595
cstokes@stokeslawoffice.com

VIA ECF and US MAIL
Mary E. Gardner
Mary E. Gardner, P.C.
P.O. Box 330
West Dundee, IL 60118

VIA US MAIL
EBRO FOODS, INC.