**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

G and G Peppers, LLC
                              Plaintiff,

v.                                            Case No.: 1:10−cv−01843
                                                        Honorable Gary Feinerman

Ebro Foods Inc
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 1, 2011:

      MINUTE entry before Honorable Gary Feinerman: For the reasons set forth in the accompanying Opinion, the judgment of the bankruptcy court is affirmed in part (as to the PACA trust issue) and reversed and remanded in part (as to the attorney fee issue). Status hearing scheduled for 6/2/2011 [44] is stricken. Civil case terminated. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.